**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

V.  : Civil Action
    : No: _____

DISCLOSURE STATEMENT FORM

Please check one box:

❏ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_____   _____
Date                     Signature

Counsel for: _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
   (2)  states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
   (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2)  promptly file a supplemental statement if any required information changes.

## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA | : | Criminal Action |
| | : | |
| v. | : | |
| | : | |
| | : | No. |

## DISCLOSURE STATEMENT FORM

Please check one box:

❏　　　The nongovernmental corporate party, _____, in the above listed criminal action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏　　　The nongovernmental corporate party, _____, in the above listed criminal action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_____　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　Counsel for: _____

**Federal Rule of Criminal Procedure 12.4 Disclosure Statement**
　　(a)　WHO MUST FILE.
　　　　(1)　NONGOVERNMENTAL CORPORATE PARTY.  Any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
　　　　(2)　ORGANIZATIONAL VICTIM.  If an organization is a victim of the alleged criminal activity, the government must file a statement identifying the victim.  If the organizational victim is a corporation, the statement must also disclose the information required by Rule 12.4(a)(1) to the extent that it can be obtained through due diligence.
　　(b)　TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
　　　　(1)　file the Rule 12.4(a) statement upon the defendant's initial appearance; and
　　　　(2)　promptly file a supplemental statement upon any change in the information that the statement requires.