IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARTFORD CASUALTY INSURANCE COMPANY,**<br>        Plaintiff,<br><br>    v.<br><br>**RUDOLFO CARDENAS,**<br>        Defendant. | **CIVIL ACTION**<br><br><br><br><br><br>**NO. 12-2804** |

## ORDER AND FINAL JUDGMENT

**AND NOW**, this  21st  day of March 2013, after review of Movants motions to intervene or join in this action pursuant to Fed. Rs. Civ. P. 24 or 19 (the "Motions to Intervene or Join") (ECF 8-10), Plaintiff's Response to those motions (ECF 11), Movants' and Plaintiff's arguments at a hearing held on January 17, 2013, their supplemental letter briefs submitted at the Court's request, and Plaintiff's motion for entry of a default judgment (ECF 24), it is hereby **ORDERED** that:

1. Movants' Motions to Intervene or Join are DENIED WITH PREJUDICE;

2. Plaintiff's Motion for entry of a default judgment is GRANTED;

3. The Clerk of the Court shall enter Final Judgment in favor of Plaintiff and against Defendant, that Plaintiff is relieved of its obligation to defend or indemnify Defendant in the lawsuit <u>Brian D. Zern, et al. v. Smucker Company</u>, Civil Action No. 10-15805, currently pending in the Pennsylvania Court of Common Pleas, Lancaster County; and

4. The Clerk of the Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-2804 hartford v. rodolfo\12cv2804.ORDER re Joinder and Default J.docx