# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY<br>Plaintiff | : CIVIL ACTION NO. 12-2804<br>:<br>: |
| v. | :<br>: |
| RODOLFO CARDENAS d/b/a RC DRYWALL<br>Defendant | :<br>: |

## NOTICE OF WITHDRAWAL OF MOTION
## FILED BY NON-PARTY MOVANTS SMUCKER COMPANY
## AND PARAMOUNT CONTRACTING, INC.

Non-party movants Smucker Company and Paramount Contracting, Inc., by and through their attorneys, Marshall Dennehey Warner Coleman and Goggin, hereby file this Notice to the Court that they withdraw their previously filed Motion to Alter Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (ECF 36). The Court may deny the motion as moot.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

By: *Mark T. Riley*
MARK T. RILEY, ESQUIRE
MICHAEL J. DEMPSEY, ESQUIRE
Identification Nos.: 49427/34454
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
(610) 354-8259; 354-8498
(610) 354-8299 – fax

26/2296120.v1

# CERTIFICATE OF SERVICE

I, MARK T. RILEY, ESQUIRE, hereby certify that I electronically filed

**NOTICE OF WITHDRAWAL OF MOTION
FILED BY NON-PARTY MOVANTS SMUCKER COMPANY
AND PARAMOUNT CONTRACTING, INC.**

and will be served as follows:

    1.    Electronically by the Court, in accordance with Pa. Pa. R.C.P. 205.4(G); and can be viewed by counsel; or

    2.    In accordance with Pa. R.C.P. 440 via US. First Class Mail upon all parties not served electronically.

*Mark T. Riley, Esquire*
Mark T. Riley, Esquire
Attorney for Defendants Smucker Company
and Paramount Contracting, Inc.

Date:   July l9, 2013